**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**


KATHY G. KIRKLAND                                                                    PLAINTIFF

v.                                              CASE NO.  5:19-CV-5235

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                       DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 14) from Chief

United States Magistrate Judge Erin L. Wiedemann.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be

entered accordingly.

**IT IS SO ORDERED** this October 7, 2020.


/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE